COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
|  | § |  |
| In Re: Purported Mechanical and Materialman's Lien Claim of Lien Against Pellicano Business Park, L.L.C., | § | No. 08-16-00291-CV |
|  | § | Appeal from the |
| Appellant. | § | County Court at Law No. 7 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2012-DCV06341) |
|  | § |  |

## O R D E R

Pending before the Court is Appellant's motion requesting a stay of proceedings in cause number 2012-DCV06341 styled *In re Purported Mechanical and Materialman's Lien Claim of Lien Against Pellicano Business Park, L.L.C.*, and requesting that the Court set aside certain orders of the trial court, including contempt orders and the final judgment. The motion is DENIED.

IT IS SO ORDERED this 17th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.